

United States District Court
Eastern District of California

DEBORAH FUST, et al.
_____
Plaintiff(s)

V.

GILEAD SCIENCES, INC.
_____
Defendant(s)

Case Number:  2:23-cv-02853-WBS-DB

APPLICATION FOR PRO HACVICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Danielle P. O'Neal hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Gilead Sciences, Inc.

On     11/08/2018     (date), I was admitted to practice and presently in good standing in the     Illinois State Court     (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have  [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/11/2023                 Signature of Applicant /s/ Danielle P. O'Neal

**Pro Hac Vice Attorney**

Applicant's Name: Danielle P. O'Neal

Law Firm Name: Kirkland & Ellis LLP

Address: 300 North LaSalle

City: Chicago   State: IL   Zip: 60654

Phone Number w/Area Code: (312) 862-2000

City and State of Residence: Chicago, Illinois

Primary E-mail Address: danielle.oneal@kirkland.com

Secondary E-mail Address: ___

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael Shipley

Law Firm Name: Kirkland & Ellis LLP

Address: 555 South Flower Street, 37th Floor

City: Los Angeles   State: CA   Zip: 90071

Phone Number w/Area Code: (213) 680-8400   Bar #: 233674

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 14, 2023

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE