# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FUST, et al., | *   Case No. 2-23-cv-02853-WBS-DB |
| Plaintiffs, | *   **STIPULATION** |
| v. | *   Judge: Hon. William B. Shubb |
| GILEAD SCIENCES, INC., et al. | *   Hearing Date: February 20, 2024 |
| Defendant. | *   Hearing Time: 1:30 p.m. |
| | *   Courtroom: 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

===============================================================================

# ORDER

## CONSIDERING THE FOREGOING STIPULATION, IT IS HEREBY

**ORDERED THAT** plaintiffs' response to defendant's pending motion to dismiss is due on January 10th, 2024. Further, discovery shall be stayed until the motion to dismiss is resolved.

Dated: December 26, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HENNIG KRAMER RUIZ & SINGH, LLP

1