

United States District Court
Eastern District of California

| Deborah Fust, Individually, etc., et al | Case Number: | 23-cv-02853-WBS-DB |

Plaintiff(s)

V.

| Gilead Sciences, Inc., a Delaware Corporation |

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **David A. Dalia** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Plaintiffs**

On **10/08/1982** (date), I was admitted to practice and presently in good standing in the **Louisiana State Bar Association** (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **12/22/2023**    Signature of Applicant: /s/ **David A. Dalia**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | David A. Dalia |
| Law Firm Name: | Attorney at Law |
| Address: | 830 Union Street |
| | Suite 302 |
| City: | New Orleans   State: LA   Zip: 70112 |
| Phone Number w/Area Code: | (504) 524-5541 |
| City and State of Residence: | New Orleans, Louisiana |
| Primary E-mail Address: | davidadalia@gmail.com |
| Secondary E-mail Address: | daveathome@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Samuel Brown, Esq. |
| Law Firm Name: | Hennig Kramer Ruiz & Singh, LLP |
| Address: | 3600 Wilshire Blvd |
| | Suite 1908 |
| City: | Los Angeles   State: CA   Zip: 90010 |
| Phone Number w/Area Code: | (213) 310-8301   Bar #: 308558 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 1, 2024

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE