UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DEBORAH FUST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND EDWARD PIMENTEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., A DELAWARE CORPORATION REGISTERED TO DO BUSINESS AND HEADQUARTERED IN CALIFORNIA,<br><br>Defendant. | No. 2:23-cv-2853 WBS DB<br><br>ORDER |

----oo0oo----

Plaintiffs Deborah Fust and Edward Pimentel filed a "Motion to Adjourn Defendant's Motion to Dismiss Pending Resolution of Plaintiffs' Motion to Remand." (Docket No. 27.) The motion is denied. Plaintiffs already sought, and were granted, a two-week extension to oppose defendant's motion to dismiss. (Docket No. 19.) Counsel shall be prepared to argue

1

1  defendant's pending motion to dismiss (Docket No. 10) and
2  plaintiffs' pending motion to remand (Docket No. 28), both of
3  which remain set for hearing on February 20, 2024 at 1:30 p.m.
4         IT IS SO ORDERED.
5  Dated:  January 30, 2024
6                              WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE